2:15-mj-00862-VCF



# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney<br>CRISTINA D. SILVA<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br>PHONE: (702) 388-6214<br>FAX: (702) 388-6698 | **FILED**<br><br>Nov 6  4 45 PM '15<br><br>U.S. MAGISTRATE JUDGE<br><br>BY_____ |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOEL KENNETH AUSBIE and<br>CALVIN ROBINSON<br>        Defendant. | Case No.  2:15-mj-00862-VCF<br><br>MOTION AND ORDER TO SEALED COMPLAINT |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 6th day of November, 2015.

DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

FILED

Nov 6  4 45 PM '15
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOEL KENNETH AUSBIE and<br>CALVIN ROBINSON<br>　　　　　Defendant. | Case No. 2:15-mj-00862-VCF<br><br>ORDER TO SEALED COMPLAINT |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this _6th_ day of November, 2015.

_____
United States Magistrate Judge